*E-FILED*
October 19, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLIED MICRO CIRCUITS CORPORATION, INC. DERIVATIVE LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>   ALL ACTIONS.<br>_____/ | Lead Case No. C 06-04269 RS<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled consolidated action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated: October 19, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Francis A. Bottini , Jr     bottini@whafh.com

Erin Jane Holland     eholland@wsgr.com,

Betsy C. Manifold     manifold@whafh.com

Rachele R. Rickert     rickert@whafh.com

D. Anthony Rodriguez     drodriguez@mofo.com, rwright@mofo.com

Daniel W. Turbow     dturbow@wsgr.com, fgarcia@wsgr.com

Dated: October 19, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg