1  DOUGLAS J. CLARK, State Bar No. 171499
   DANIEL W. TURBOW, State Bar No. 175015
2  ERIN J. HOLLAND, State Bar No. 233305                    *E-FILED 9/5/06*
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: dturbow@wsgr.com
6
   Attorneys for Defendants
7  DAVID M. RICKEY, JOEL O. HOLLIDAY,
   THOMAS TULLIE, ANIL BEDI, LASZLO
8  GAL, WILLIAM E. BENDUSH, KENNETH L.
   CLARK, BRENT E. LITTLE, GREGORY A.
9  WINNER, CESAR CESARATTO, KAMBIZ
   HOOSHMAND, MURRAY A. GOLDMAN,
10 FRED SHLAPAK, ARTHUR B. STABENOW,
   JULIE H. SULLIVAN, HARVEY P. WHITE
11 and DAVID B. WRIGHT and Nominal
   Defendant APPLIED MICRO CIRCUITS
12 CORPORATION

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15                  **SAN JOSE DIVISION**

16 PINCHUS BERLINER, in the Right of and for    )   CASE NO.: 5:06-cv-04269-RS
   the Benefit of Applied Micro Circuit Corporation, )
17 Inc.,                                          )   **STIPULATION AND [PROPOSED]**
                                                  )   **ORDER CONSOLIDATING**
18             Plaintiff,                         )   **ACTIONS, APPOINTING LEAD**
                                                  )   **COUNSEL, AND RELATED**
19        v.                                      )   **SCHEDULING MATTERS**
                                                  )   MODIFIED BY THE COURT
20 DAVID M. RICKEY, JOEL O. HOLLIDAY,            )
   THOMAS TULLIE, ANIL BEDI, LASZLO             )
21 GAL, WILLIAM E. BENDUSH, KENNETH L.          )
   CLARK, BRENT E. LITTLE, GREGORY A.           )
22 WINNER, CESAR CESARATTO, KAMBIZ              )
   HOOSHMAND, MURRAY A. GOLDMAN,                )
23 FRED SHLAPAK, ARTHUR B. STABENOW,            )
   JULIE H. SULLIVAN, HARVEY P. WHITE and       )
24 DAVID B. WRIGHT,                             )
                                                  )
25             Defendants.                        )
          and                                     )   DATE:   N/A
26 APPLIED MICRO CIRCUITS                        )   TIME:   N/A
   CORPORATION,                                  )
27                                               )   JUDGE:  Honorable Richard Seeborg
               Nominal Defendant.                )
28 _____      )
   [Caption continued on following page.]        )

STIP. & [PROP.] ORDER CONSOL. ACTIONS, APPOINTING          C:\NrPortbl\PALIB1\FB1\2937968_3.DOC
LEAD COUNSEL, AND RELATED SCHED. MATTERS,
CASE NO. 5:06-CV-04269-RS & 5:06-CV-04910-SI

| | |
|---|---|
| 1    FRANCESCO CIABATTI, in the Right of and | CASE NO.: 5:06-cv-04910-SI |
| 2    for the Benefit of Applied Micro Circuit Corporation, Inc., | |

1    FRANCESCO CIABATTI, in the Right of and
     for the Benefit of Applied Micro Circuit
2    Corporation, Inc.,

            CASE NO.: 5:06-cv-04910-SI

3          Plaintiff,

4       v.

5    DAVID M. RICKEY, JOEL O. HOLLIDAY,
     THOMAS TULLIE, ANIL BEDI, LASZLO
6    GAL, WILLIAM E. BENDUSH, KENNETH L.
     CLARK, BRENT E. LITTLE, GREGORY A.
7    WINNER, CESAR CESARATTO, KAMBIZ
     HOOSHMAND, MURRAY A. GOLDMAN,
8    FRED SHLAPAK, ARTHUR B. STABENOW,
     JULIE H. SULLIVAN, HARVEY P. WHITE and
9    DAVID B. WRIGHT,

10        Defendants.

11        and                DATE:    N/A
                                   TIME:    N/A
12    APPLIED MICRO CIRCUITS
     CORPORATION,               JUDGE:    Honorable Susan Illston
13

         Nominal Defendant.

14

C:\NrPortbl\PALIB1\FB1\2937968_3.DOC

1     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         1.      There are presently two shareholder derivative actions against certain of the

3 officers and directors of Applied Micro Circuits Corporation ("AMCC") on file in this Court.

4         2.      Pursuant to Local Rule 3-12, a motion to relate these cases and have them both

5 assigned to the Honorable Richard Seeborg was filed jointly by plaintiffs on August 22, 2006.

6         3.      In an effort to assure consistent rulings and decisions and the avoidance of

7 unnecessary duplication of effort, all of the counsel for parties in the pending AMCC shareholder

8 derivative actions currently on file in this Court enter into this stipulation. The counsel are:

9 (1) Wolf Haldenstein Adler Freeman & Herz LLP on behalf of plaintiff Pinchus Berliner and

10 plaintiff Francesco Ciabatti; (2) Law Offices of Jacob T. Fogel, P.C. on behalf of plaintiff

11 Pinchus Berliner; (3) Gainey & McKenna on behalf of plaintiff Francesco Ciabatti; and

12 (4) Wilson Sonsini Goodrich & Rosati P.C. on behalf of all defendants.

13         4.      The following actions are hereby consolidated for all purposes, including pre-trial

14 proceedings and trial:

15

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Berliner v.Rickey, et al.* | 5:06-cv-04269-RS | July 11, 2006 |
| *Ciabatti v. Rickey, et al.* | 5:06-cv-04910-SI | August 15, 2006 |

18         5.      Every pleading filed in these consolidated actions, or in any separate action

19 included herein, shall bear the following caption:

20     ///

1                  **UNITED STATES DISTRICT COURT**

2                 **NORTHERN DISTRICT OF CALIFORNIA**

3                       **SAN JOSE DIVISION**

| | |
|---|---|
| In re APPLIED MICRO CIRCUITS CORPORATION, INC. DERIVATIVE LITIGATION | LEAD CASE NO.: 5:06-cv-04269 (Derivative Action) |
| This Document Relates To: | |
|     ALL ACTIONS. | |

6.  The files of these consolidated actions shall be maintained in one file under Master File No. 5:06-cv-04269.

7.  Plaintiffs shall file a Consolidated Derivative Complaint ("Complaint") no later than 30 days from the date of entry of this Order, unless otherwise agreed between the parties and approved by the Court, which shall be deemed the operative complaint, superceding all complaints filed in any of the actions consolidated hereunder.  Defendants shall have 45 days after the filing and service of the Complaint to file a responsive pleading.  In the event that defendants file and serve any motions directed at the Complaint, plaintiffs shall file and serve their opposition within 45 days after the service of defendants' motion. If defendants file and serve reply to plaintiffs' opposition, they will do so within 30 days after the plaintiffs' service of the opposition.  Counsel agree to confer to select a hearing date.

8.  The Lead Counsel for plaintiffs for the conduct of these consolidated actions is:

                  WOLF HALDENSTEIN ADLER
                    FREEMAN & HERZ LLP
                  FRANCIS M. GREGOREK
                   BETSY C. MANIFOLD
                  FRANCIS A. BOTTINI, JR.
                  RACHELE R. RICKERT
                   750 B Street, Suite 2770
                   San Diego, CA  92101
                 Telephone:  (619) 239-4599
                 Facsimile:  (619) 234-4599

1      9.    Plaintiffs' Lead Counsel shall have authority to speak for plaintiffs in matters

2  regarding pre-trial procedure, trial and settlement negotiations and shall make all work

3  assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation

4  and to avoid duplicative or unproductive effort.

5     10.   Plaintiffs' Lead Counsel shall be responsible for coordinating all activities and

6  appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.

7  No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed

8  by any plaintiffs except through plaintiffs' Lead Counsel.

9     11.   Plaintiffs' Lead Counsel also shall be available and responsible for

10  communications to and from this Court, including distributing orders and other directions from

11  the Court to counsel. Plaintiffs' Lead Counsel shall be responsible for creating and maintaining

12  a master service list of all parties and their respective counsel.

13     12.   Defendants' counsel may rely upon all agreements made with any of plaintiffs'

14  Lead Counsel, or other duly authorized representative of plaintiffs' Lead Counsel, and such

15  agreements shall be binding on plaintiffs.

16     13.   Pursuant to General Order 45, service by the Court's Electronic Case Filing

17  program ("ECF") shall be permitted.

18     14.   This Order shall apply to each case, arising out of the same or substantially the

19  same transactions or events as these cases, which is subsequently filed in, removed to, or

20  transferred to this Court.

21     15.   When a case which properly belongs as part of the *In re Applied Micro Circuits*

22  *Corporation, Inc. Derivative Litigation*, Lead Case No. 5:06-cv-04269, is hereafter filed in the

23  Court or transferred here from another court, this Court requests the assistance of counsel in

24  calling to the attention of the clerk of the Court the filing or transfer of any case which might

25  properly be consolidated as part of the *In re Applied Micro Circuits Corporation, Inc. Derivative*

26  *Litigation*, Lead Case No. 5:06-cv-04269, and counsel are to assist in assuring that counsel in

27  subsequent actions receive notice of this Order.

28

1  Dated: August 23, 2006

2

3

4

5

6

7

8

9

10

11

12  Dated: August 23, 2006

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: ___ /s/ Daniel W. Turbow _____
         Daniel W. Turbow

Attorneys for Defendants
DAVID M. RICKEY, JOEL O. HOLLIDAY,
THOMAS TULLIE, ANIL BEDI. LASZLO
GAL, WILLIAM E. BENDUSH, KENNETH
L. CLARK, BRENT E. LITTLE, GREGORY
A. WINNER, CESAR CESARATTO,
KAMBIZ HOOSHMAND, MURRAY A.
GOLDMAN, FRED SHLAPAK, ARTHUR B.
STABENOW, JULIE H. SULLIVAN,
HARVEY P. WHITE and DAVID B.
WRIGHT and Nominal Defendant APPLIED
MICRO CIRCUITS CORPORATION


WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599



By: ___ /s/ Betsy C. Manifold _____
         Betsy C. Manifold

Attorneys for Plaintiff Pinchus Berliner
Attorneys for Plaintiff Francesco Ciabatti

LAW OFFICES OF JACOB T. FOGEL, P.C.
JACOB T. FOGEL
32 Court Street, Suite 602
Brooklyn, NY 11201

Attorneys for Plaintiff Pinchus Berliner

GAINEY & McKENNA
THOMAS J. McKENNA
295 Madison Avenue, 4th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

Attorneys for Plaintiff Francesco Ciabatti

STIP. & [PROP.] ORDER CONSOL. ACTIONS, APPOINTING
LEAD COUNSEL, AND RELATED SCHED. MATTERS,
CASE NO. 5:06-CV-04269-RS & 5:06-CV-04910-SI

-4-

C:\NrPortbl\PALIB1\FB1\2937968_3.DOC

## ORDER

The above stipulation having been considered, and good cause appearing therefor,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Plaintiffs in both actions shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file either a Consent to Proceed Before a United States Magistrate Judge or a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge **no later than thirty days from the date of this order**.  Defendants filed their Consent to Proceed Before United States Magistrate Judge on August 16, 2006.

Dated: September 5, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge